UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: TROGLIA, LINDA L | § | Case No. 09-75749 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 30, 2009. The undersigned trustee was appointed on March 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      5,935.86

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 5,935.86 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 05/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,343.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,343.59, for a total compensation of $1,343.59. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2010        By:/s/STEPHEN G. BALSLEY
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-75749  
Case Name: TROGLIA, LINDA L  
Period Ending: 07/21/10

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 12/30/09 (f)  
§341(a) Meeting Date: 02/04/10  
Claims Bar Date: 05/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1532 N. Tappan Street, Woodstock, spouse & Rober  Orig. Asset Memo: Imported from original petition Doc# 1 | 120,000.00 | 22,965.00 | DA | 0.00 | FA |
| 2  Checking account-McHenry County Federal Credit U  Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 3  Savings account-McHenry County Federal Credit Un  Orig. Asset Memo: Imported from original petition Doc# 1 | 575.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous household goods &  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5  Miscellaneous books & pictures-debtor's possessi  Orig. Asset Memo: Imported from original petition Doc# 1 | 225.00 | 100.00 | DA | 0.00 | FA |
| 6  Necessary wearing apparel-debtor's possession  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  Miscellaneous jewelry-debtor's possession  Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 150.00 | DA | 0.00 | FA |
| 8  Miscellaneous sports equipment-debtor's possessi  Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 20.00 | DA | 0.00 | FA |
| 9  Cash value life insurance policy  Orig. Asset Memo: Imported from original petition Doc# 1 | 172.75 | 172.75 | DA | 0.00 | FA |
| 10  IRA  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11  Monthly pension benefits  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,368.02 | 0.00 | DA | 0.00 | FA |
| 12  Sara Lee stock  Orig. Asset Memo: Imported from original petition | 6,321.39 | 6,321.39 | DA | 5,935.74 | FA |

Printed: 07/21/2010 02:28 PM  V.12.08

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75749  
**Case Name:** TROGLIA, LINDA L  

**Period Ending:** 07/21/10

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 05/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Doc# 1<br>Anticipated 2009 income tax refund<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Monthly Social Security benefits<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,360.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Honda CRV; 81,000 miles-debtor's possession<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 2,600.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.12 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$140,492.16** | **$32,329.14** | | **$5,935.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 1, 2010         **Current Projected Date Of Final Report (TFR):**   July 21, 2010  (Actual)

Printed: 07/21/2010 02:28 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-75749 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | TROGLIA, LINDA L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******33-65 - Money Market Account |
| Taxpayer ID #: | **-***1991 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/07/10 | {12} | Sara Lee | Debtor's interest in Sara Lee Stock | 1129-000 | 991.30 | | 991.30 |
| 07/07/10 | {12} | Sara Lee | Debtor's interest in Sara Lee Stock | 1129-000 | 4,944.44 | | 5,935.74 |
| 07/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.12 | | 5,935.86 |
| 07/19/10 | | To Account #9200******3366 | Transfer to Closed Money Market Account | 9999-000 | | 5,935.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,935.86 | 5,935.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,935.86 | |
| | | | Subtotal | | 5,935.86 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,935.86 | $0.00 | |

{} Asset reference(s)

Printed: 07/21/2010 02:28 PM    V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-75749 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | TROGLIA, LINDA L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***1991 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/19/10 | | From Account #9200******3365 | Transfer to Closed Money Market Account | 9999-000 | 5,935.86 | | 5,935.86 |
| | | | ACCOUNT TOTALS | | 5,935.86 | 0.00 | $5,935.86 |
| | | | Less: Bank Transfers | | 5,935.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******33-65 | 5,935.86 | 0.00 | 0.00 |
| Checking # 9200-******33-66 | 0.00 | 0.00 | 5,935.86 |
| | $5,935.86 | $0.00 | $5,935.86 |

Printed  07/21/10 02:28 PM               **Claims Distribution Register**                    Page. 1

Case: 09-75749   TROGLIA, LINDA L

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/30/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<3110-00  Attorney for Trustee Fees (Trustee Firm)\> | 754.00 | 754.00 | 0.00 | 754.00 | 754.00 |
| | 12/30/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>\<2100-00  Trustee Compensation\> | 1,343.59 | 1,343.59 | 0.00 | 1,343.59 | 1,343.59 |
| | 12/30/09 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<3120-00  Attorney for Trustee Expenses (Trustee Firm)\><br>Cashier's Check payable to Bank of New York Mellon Shareowner Services - $264.66<br>Bank Fee for Cashier's Check to Bank of New York Mellon Shareowner Services - $4.00 | 268.66 | 268.66 | 0.00 | 268.66 | 268.66 |
| | | | Total for Priority 200:   100% Paid | $2,366.25 | $2,366.25 | $0.00 | $2,366.25 | $2,366.25 |
| | | | Total for Admin Ch. 7 Claims: | $2,366.25 | $2,366.25 | $0.00 | $2,366.25 | $2,366.25 |
| **Priority Claims:** | | | | | | | | |
| 1P | 03/04/10 | 570 | Internal Revenue Service<br>230 South Dearborn Street<br>STOP 5013-CHI<br>Chicago, IL 60604<br>\<5800-00  Claims of Governmental Units\><br>230 South Dearborn Street<br>STOP 5013-CHI<br>Chicago, IL 60604<br>-----------------------------------------------------------------------\*\*\* | 141.61 | 141.61 | 0.00 | 141.61 | 141.61 |
| | | | Priority 570:   100% Paid | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1U | 03/04/10 | 610 | Internal Revenue Service<br>230 South Dearborn Street<br>STOP 5013-CHI<br>Chicago, IL 60604<br>\<7100-00  General Unsecured § 726(a)(2)\><br>230 South Dearborn Street<br>STOP 5013-CHI<br>Chicago, IL 60604<br>-----------------------------------------------------------------------\*\*\* | 10.31 | 10.31 | 0.00 | 10.31 | 3.29 |
| 2 | 04/25/10 | 610 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120 | 540.23 | 540.23 | 0.00 | 540.23 | 172.11 |

| Printed: 07/21/10 02:28 PM | | | Claims Distribution Register | | | | Page: 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Case: 09-75749   TROGLIA, LINDA L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Miami, FL 33131 | | | | | |
| 3 | 04/25/10 | 610 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 667.69 | 667.69 | 0.00 | 667.69 | 212.72 |
| 4 | 04/26/10 | 610 | Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids, MI 49546<br><7100-00  General Unsecured § 726(a)(2)><br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids, MI 49546 | 9,541.64 | 9,541.64 | 0.00 | 9,541.64 | 3,039.88 |
| | | | Total for Priority 610:   31.85912% Paid | $10,759.87 | $10,759.87 | $0.00 | $10,759.87 | $3,428.00 |
| | | | Total for Unsecured Claims: | $10,759.87 | $10,759.87 | $0.00 | $10,759.87 | $3,428.00 |
| | | | Total for Case : | $13,267.73 | $13,267.73 | $0.00 | $13,267.73 | $5,935.86 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-75749
Case Name: TROGLIA, LINDA L
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 1,343.59 | $ |
| *Attorney for trustee* | Barrick, Switzer Law Firm | $ | $ 268.66 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 754.00 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                 *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $141.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1P | Internal Revenue Service | $ 141.61 | $ 141.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,759.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1U | Internal Revenue Service | $ 10.31 | $ 3.29 |
| 2 | GE Money Bank dba WALMART | $ 540.23 | $ 172.11 |
| 3 | GE Money Bank dba SAM'S CLUB | $ 667.69 | $ 212.72 |
| 4 | Fifth Third Bank | $ 9,541.64 | $ 3,039.88 |

**UST Form 101-7-TFR (9/1/2009)**

Case 09-75749    Doc 20    Filed 08/18/10    Entered 08/18/10 15:10:22    Desc Main
                          Document      Page 11 of 11

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**