UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TROGLIA, LINDA L § Case No. 09-75749
§
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/08/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By: _/s/STEPHEN G. BALSLEY_____
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1              Date Rcvd: Aug 19, 2010
Case: 09-75749                Form ID: pdf006            Total Noticed: 21

The following entities were noticed by first class mail on Aug 21, 2010.
db          +Linda L Troglia,    1532 Tappan Street,    Woodstock, IL 60098-2555
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
14909490     Consumer Law Group,    23123 US 41,    Boca Raton, FL 33428
14909493    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:    Fifth Third Bank,    Cust. Ser. Dept./Mail Drop 1090G1,
              38 Fountain Square Plaza,    Cincinnati, OH 45263)
14909491    +Farm & Fleet-CBUSA,    Post Office Box 9714,    Gray, TN 37615-9714
14909492    +Farm & Fleet-CBUSA,    c/o Proposal Co.,    Post Office Box 9097,    Des Moines, IA 50318-9097
15473030    +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
              Grand Rapids MI 49546-6253
14909495     GM Card,    Post Office Box 88000,    Baltimore, MD 21288-3000
14909496    +GM Card,    c/o Blatt, Hasenmiller, et al,    125 S. Wacker Drive, #400,    Chicago, IL 60606-4440
14909497    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:    Internal Revenue Service,    230 South Dearborn Street,    STOP 5013-CHI,
              Chicago, Il 60604)
14909498     McHenry County Federal Credit Union,    Post Office Box 4519,    Carol Stream, IL 60197-4519
14909499    +Menards/Household Bank,    Attn: Bankruptcy,    Post Office Box 15521,    Wilmington, DE 19850-5521
14909500     National City,    c/o Weltman, Weinberg & Reis,    323 W. Lakeside Ave., #200,
              Cleveland, OH 44113-1009
14909501    +National City Card Service,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
14909503     Walmart/GEMB,    c/o Nationwide Credit,    2015 Vaughan Rd., NW, #400,    Kennesaw, GA 30144-7802
14909504    +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 State View Blvd.,
              Fort Mill, SC 29715-7203
The following entities were noticed by electronic transmission on Aug 19, 2010.
15467287    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43     GE Money Bank dba SAM’S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15467286    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43     GE Money Bank dba WALMART,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14909494    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43     GEMB/Walmart,
              Post Office Box 981400,    El Paso, TX 79998-1400
14909502    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43     Sams Club,    Post Office Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 21, 2010**                **Signature:** *Joseph Speetjens*