# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: TROGLIA, LINDA L                                  §    Case No. 09-75749
                                                         §
                                                         §
                                                         §
Debtor(s)                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $140,492.16                     Assets Exempt:  $34,098.02
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,569.61         Claims Discharged
                                                   Without Payment: $45,873.02

Total Expenses of Administration: $2,366.25

3) Total gross receipts of $     5,935.86     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $        0.00       (see **Exhibit 2** ), yielded net receipts of $5,935.86
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $97,030.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,366.25 | 2,366.25 | 2,366.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 400.00 | 141.61 | 141.61 | 141.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,263.02 | 10,759.87 | 10,759.87 | 3,428.00 |
| **TOTAL DISBURSEMENTS** | $146,693.02 | $13,267.73 | $13,267.73 | $5,935.86 |

4)  This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/27/2010_____   By: _/s/STEPHEN G. BALSLEY_____
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sara Lee stock | 1129-000 | 5,935.74 |
| Interest Income | 1270-000 | 0.12 |
| **TOTAL GROSS RECEIPTS** | | **$5,935.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage Bankruptcy Department | 4110-000 | 97,030.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$97,030.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,343.59 | 1,343.59 | 1,343.59 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 754.00 | 754.00 | 754.00 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 268.66 | 268.66 | 268.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **N/A** | **2,366.25** | **2,366.25** | **2,366.25** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 400.00 | 141.61 | 141.61 | 141.61 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 400.00 | 141.61 | 141.61 | 141.61 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 0.00 | 10.31 | 10.31 | 3.29 |
| 2 | GE Money Bank dba WALMART | 7100-000 | 540.23 | 540.23 | 540.23 | 172.11 |
| 3 | GE Money Bank dba SAM'S CLUB | 7100-000 | 640.00 | 667.69 | 667.69 | 212.72 |
| 4 | Fifth Third Bank | 7100-000 | 9,541.64 | 9,541.64 | 9,541.64 | 3,039.88 |
| NOTFILED | National City Card Service | 7100-000 | 7,040.41 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Federal Credit Union | 7100-000 | 398.51 | N/A | N/A | 0.00 |
| NOTFILED | Menards/Household Bank | 7100-000 | 6,226.80 | N/A | N/A | 0.00 |
| NOTFILED | National City Card Service | 7100-000 | 6,576.82 | N/A | N/A | 0.00 |
| NOTFILED | GM Card | 7100-000 | 15,705.70 | N/A | N/A | 0.00 |
| NOTFILED | Consumer Law Group | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Farm & Fleet-CBUSA | 7100-000 | 592.91 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 49,263.02 | 10,759.87 | 10,759.87 | 3,428.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75749

**Case Name:** TROGLIA, LINDA L

**Period Ending:** 01/27/11

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 12/30/09 (f)

**§341(a) Meeting Date:** 02/04/10

**Claims Bar Date:** 05/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1532 N. Tappan Street, Woodstock, spouse & Rober<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-McHenry County Federal Credit U<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-McHenry County Federal Credit Un<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 575.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods &<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books & pictures-debtor's possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 225.00 | 100.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel-debtor's possession<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous jewelry-debtor's possession<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150.00 | 150.00 | DA | 0.00 | FA |
| 8 | Miscellaneous sports equipment-debtor's possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 20.00 | 20.00 | DA | 0.00 | FA |
| 9 | Cash value life insurance policy<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 172.75 | 172.75 | DA | 0.00 | FA |
| 10 | IRA<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Monthly pension benefits<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,368.02 | 0.00 | DA | 0.00 | FA |
| 12 | Sara Lee stock | 6,321.39 | 6,321.39 | DA | 5,935.74 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75749

**Case Name:**    TROGLIA, LINDA L

**Period Ending:** 01/27/11

**Trustee:**    (330410)    STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 12/30/09 (f)

**§341(a) Meeting Date:**    02/04/10

**Claims Bar Date:**    05/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Anticipated 2009 income tax refund<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Monthly Social Security benefits<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,360.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Honda CRV; 81,000 miles-debtor's possession<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 2,600.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.12 | FA |
| 16 | **Assets**      **Totals** (Excluding unknown values) | **$140,492.16** | **$9,364.14** | | **$5,935.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      July 1, 2010

**Current Projected Date Of Final Report (TFR):**      July 21, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75749

**Case Name:** TROGLIA, LINDA L

**Taxpayer ID #:** **-***1991

**Period Ending:** 01/27/11

**Trustee:** STEPHEN G. BALSLEY (330410)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******33-65 - Money Market Account

**Blanket Bond:** $1,500,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/10 | {12} | Sara Lee | Debtor's interest in Sara Lee Stock | 1129-000 | 991.30 | | 991.30 |
| 07/07/10 | {12} | Sara Lee | Debtor's interest in Sara Lee Stock | 1129-000 | 4,944.44 | | 5,935.74 |
| 07/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.12 | | 5,935.86 |
| 07/19/10 | | To Account #9200******3366 | Transfer to Closed Money Market Account | 9999-000 | | 5,935.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,935.86 | 5,935.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,935.86 | |
| | | | **Subtotal** | | 5,935.86 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,935.86** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-75749 | |
| **Case Name:** TROGLIA, LINDA L | |
| **Taxpayer ID #:** **-***1991 | |
| **Period Ending:** 01/27/11 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******33-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/10 | | From Account #9200******3365 | Transfer to Closed Money Market Account | 9999-000 | 5,935.86 | | 5,935.86 |
| 09/08/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $754.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 754.00 | 5,181.86 |
| 09/08/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,343.59, Trustee Compensation;  Reference: | 2100-000 | | 1,343.59 | 3,838.27 |
| 09/08/10 | 103 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $268.66, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 268.66 | 3,569.61 |
| 09/08/10 | 104 | Internal Revenue Service | Dividend paid 100.00% on $141.61; Claim# 1P; Filed: $141.61; Reference: | 5800-000 | | 141.61 | 3,428.00 |
| 09/08/10 | 105 | GE Money Bank dba WALMART | Dividend paid  31.85% on $540.23; Claim# 2; Filed: $540.23; Reference: | 7100-000 | | 172.11 | 3,255.89 |
| 09/08/10 | 106 | GE Money Bank dba SAM'S CLUB | Dividend paid  31.85% on $667.69; Claim# 3; Filed: $667.69; Reference: | 7100-000 | | 212.72 | 3,043.17 |
| 09/08/10 | 107 | Fifth Third Bank | Dividend paid  31.85% on $9,541.64; Claim# 4; Filed: $9,541.64; Reference: | 7100-000 | | 3,039.88 | 3.29 |
| 09/08/10 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,935.86 | 5,935.86 | $0.00 |
| Less: Bank Transfers | 5,935.86 | 0.00 | |
| **Subtotal** | 0.00 | 5,935.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,935.86 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 5,935.86 | 0.00 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 5,935.86 | 0.00 |
| | $5,935.86 | $5,935.86 | $0.00 |